IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK LYNDON HAWKINS,

    Plaintiff,                        No. CIV S-08-0529 FCD JFM P

    vs.

SUISUN CITY POLICE DEPARTMENT,

    Defendant.                     <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 25, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 14, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

DATED: May 23, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp/001
hawk0529.36